AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Stanley McWhite </br> *Plaintiff* </br> v. </br> ACE American Insurance Company </br> *Defendant* | ) ) ) ) ) ) ) ) </br> Civil Action No. 4:07-1551-RBH |

**SUMMARY JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other:   Summary judgment is entered in favor of the defendant, ACE American Insurance Company.  The plaintiff, Stanley McWhite, shall take nothing of the defendant, ACE American Insurance Company, and this case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding, and the Court having granted the defendant's  motion for summary judgment.

Date:   March 17, 2010                                                                 *CLERK OF COURT*

                                                                                       _____s/Heather Ciccolella_____
                                                                                       *Signature of Clerk or Deputy Clerk*