FILED: March 21, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-1373
(4:07-cv-01551-RBH)

_____

STANLEY MCWHITE

    Plaintiff - Appellant

v.

ACE AMERICAN INSURANCE COMPANY

    Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered February 25, 2011, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*